# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH    DIVISION

DENISE VENATOR, *as surviving* )
*Spouse of Ricky Lee Venator, and as the* )
*Administratrix of the Estate of* )
*Ricky Lee Venator,* )
        )
        Plaintiff, )
v. )     Case No.  CV415-086
        )
INTERSTATE RESOURCES, INC. and )
MICHAEL JOSEPH WINGATE, )
        )
        Defendants. )

## O R D E R

The Court having reviewed and considered the petition of C. Jeff Warren of the law firm of Warren & Kallianos, PLLC, 301 S. McDowell Street, Suite 610, Charlotte, North Carolina 28204, for permission to appear pro hac vice on behalf of plaintiff Denise Venator, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter C. Jeff Warren, as counsel of record for plaintiff Denise Venator, in this case.

**SO ORDERED** this   9th   day of July, 2015.

 

                    _B B Smith_
                   UNITED STATES MAGISTRATE JUDGE
                   SOUTHERN DISTRICT OF GEORGIA