IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DENISE VENATOR, as surviving spouse of Ricky Lee Venator, and as the Administratrix of the Estate of Ricky Lee Venator,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE RESOURCES, INC.; INTERSTATE PAPER, LLC; and MICHAEL JOSEPH WINGATE;<br><br>Defendants. | CASE NO. CV415-086 |

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice. (Doc. 147.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**, and each party shall bear its own costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of July 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA